ACCEPTED
04-15-00700-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/16/2015 10:33:32 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00700-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THE FOURTH SUPREME** |
| **EVONTA GARRETT** | § | **JUDICIAL DISTRICT, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/16/15 10:33:32 AM
KEITH E. HOTTLE
Clerk

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes EVONTA GARRETT, appellant in the above styled and numbered cause, and moves this Court to dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

### I.

### Procedural Posture

This case is on appeal from the 290th Judicial District Court of Bexar County, Texas. The case below was styled the *State of Texas vs. Evonta Garrett*, and numbered 2015-CR-8308. Pursuant to a plea agreement, appellant was convicted of Burglary of a Habitation. A sentence of ten (10) years incarceration in the Texas Department of Criminal Justice was assessed on October 27, 2015. Notice of Appeal was filed in the trial court on November 3, 2015. The Clerk's Record was filed in this Court November 10, 2015, and the Reporter's Record was filed on December 1, 2015. Appellant's docketing statement was efiled on November 25, 2015, and accepted by this Court on November30, 2015. No Motion for New Trial was filed.

On November 17, 2015, this Court entered an Order giving Appellant notice that this

appeal would be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless written consent to appeal was obtained from the trial court, and an amended certification showing such right to appeal was filed by December 8, 2015. Appellate deadlines in this matter were also suspended until further notice by this Court. On December 6, 2015, appellant filed a *Motion to Extend Time to Respond to Court's Order of November 17, 2015 Suspending Appellate Deadlines*, which was received by this Court on December 7, 2015. On December 9, 2015, this Court granted Appellant an extension until December 18, 2015 in which to file his response.

## II.

Appellant has discussed this matter and the foregoing circumstances with his attorney, Mr. John Ritenour. As as result of that discussion, and as indicated by their signatures below, Appellant hereby voluntarily requests that this Court dismiss this matter pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court grant this Motion To Dismiss Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

2

EVONTA GARRETT
TDCJ Number 02031958
Texas Department of Criminal Justice
Garza West Unit
4250 Highway 202
Beeville, TX 78102

*Appellant*

Date: 12·14·15

JOHN J. RITENOUR. JR.
State Bar No. 00794533
Milam Building, Suite 1716
115 E. Travis Street, Suite 1716
San Antonio, TX 78205
(210) 222-0125
Fax: (210) 222-2467
Ritenourlaw@aol.com

*Attorney for Appellant*

Date: 12-14-15

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____15th_____ day of _____December_____, 2015 I electronically served a copy of this *Appellant's Motion to Dismiss Appeal* on the District Attorney for Bexar County, Texas, (ATTN: Appellate Section) by addressing it to Jeanette.Canales@Bexar.org through the Texas efiling system.

_____/S/JOHN J. RITENOUR, JR._____
JOHN J. RITENOUR, JR.

3